# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE HOUSEKNECHT, | |
| Plaintiff, | No. 3:08-CV-482 |
| v. | (JUDGE CAPUTO) |
| SANDRA BRULO, et al., | (MAGISTRATE JUDGE MANNION) |
| Defendants. | |

## ORDER

NOW this 24th day of January, 2011, upon review of the report and recommendation of Magistrate Judge Malachy E. Mannion (Doc. No. 133) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. No. 133) is **ADOPTED.**

(2) Robert Roman and Nurse Jane Doe's motion for judgment on the pleadings (Doc. No. 127) is **GRANTED.**

(3) This case is **RECOMMITTED** to Magistrate Judge Mannion.

FILED
SCRANTON
JAN 24 2011
PER _____
DEPUTY CLERK

_____
A. Richard Caputo
United States District Judge