IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE HOUSEKNECHT, | |
| Plaintiff, | No. 3:08-CV-482 |
| v. | (JUDGE CAPUTO) |
| SANDRA BRULO, ET AL., | (MAGISTRATE JUDGE MANNION) |
| Defendants | |

## ORDER

NOW this 19th day of November 2012, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 162) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 162) is **ADOPTED.**

(2) Defendants Michael Felty, Tom Thew and Stephen Riley are terminated from this action.

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge